UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NATHANIEL WARD-EL,

    Petitioner,

v.                                      Case No. 12-14282

JOE BARRETT,

    Respondent.
                                             /

## JUDGMENT

In accordance with the court's "Opinion and Order Summarily Dismissing Habeas Petition and Denying Certificate of Appealability" dated November 27, 2012,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Joe Barrett. Dated at Detroit, Michigan, this 27th day of November 2012.

                                                             DAVID J. WEAVER
                                                              CLERK OF THE COURT

                                                         s/ Lisa Wagner
                                                By: Lisa Wagner, Case Manager
                                                   to Judge Robert H. Cleland